UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jonathan Hudak, | |
| Plaintiff, | Civil Action No.: 3:13-cv-00089 |
| v. | **COMPLAINT** |
| The Berkley Group, Inc. and Caribbean Cruise Line, Inc., | |
| Defendants. | January 18, 2013 |

For this Complaint, the Plaintiff, Jonathan Hudak, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA").

2. This Court has original jurisdiction over Plaintiff's TCPA claims. <u>Mims v. Arrow Fin. Serv., LLC</u>, 132 S.Ct. 740 (2012).

3. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendants transact business here and a substantial portion of the acts giving rise to this action occurred here.

## PARTIES

5. The Plaintiff, Jonathan Hudak ("Plaintiff"), is an adult individual residing in Wilton, Connecticut.

6. The Defendant, The Berkley Group, Inc. (hereafter "Berkley") is a Florida business entity with an address of 3015 North Ocean Boulevard, Suite 121, Fort Lauderdale, Florida 33308.

7. The Defendant, Caribbean Cruise Line (hereafter "Caribbean," and together with Berkley, the "Defendants") is a Florida business entity with an address of 2419 E. Commercial Boulevard, Suite 100, Fort Lauderdale, Florida 33308.

### A. Defendants Engage in Harassment and Abusive Tactics

8. Within the past 4 years, Defendants placed up to two calls a day to Plaintiff's cellular phone using an automated telephone dialer system with an artificial or prerecorded voice (hereafter "Robocalls"). In total, Defendants have placed hundreds of Robocalls to Plaintiff's phone.

9. Defendants' Robocalls started with the sound of a fog horn and continued with a prompt for Plaintiff to stay on the line to win a free cruise.

10. Plaintiff has no relationship with Defendants and never gave his consent to be called on his cellular phone.

11. Defendants' calls and Robocalls were extremely aggravating to Plaintiff.

### B. Plaintiff Suffered Actual Damages

12. The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendants' unlawful conduct.

13. As a direct consequence of the Defendants' acts, practices and conduct, the Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment.

## COUNT I
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT –
## 47 U.S.C. § 227, et seq.

14. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15. Without prior consent the Defendants contacted the Plaintiff by means of automatic telephone calls or prerecorded messages at a cellular telephone in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

16. The foregoing acts and omissions of the Defendants constitute numerous and multiple violations of the Telephone Consumer Protection Act, including every one of the above-cited provisions.

17. The Plaintiff is entitled to damages as a result of the Defendants' violations.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays that judgment be entered against the Defendants:

1. Statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) & (C);
2. Actual damages from the Defendants for the all damages including emotional distress suffered as a result of the intentional, reckless, and/or negligent TCPA violations;
3. Punitive damages; and
4. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: January 18, 2013

                                      Respectfully submitted,

                                      By  */s/ Sergei Lemberg*

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:   (203) 653-3424
Attorney for Plaintiff

**4**