UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jonathan Hudak,<br><br>          Plaintiff,<br>     v.<br><br>The Berkley Group, Inc. ; and DOES 1-10, inclusive,<br><br>          Defendants. | Civil Action No.:  3:13-cv-00089-WWE |

NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated May 5, 2014

                                             Respectfully submitted,

                                             PLAINTIFF, Jonathan Hudak

                                             **/s/ Sergei Lemberg**

                                             Sergei Lemberg, Esq.
                                             LEMBERG LAW L.L.C.
                                             1100 Summer Street, 3rd Floor
                                             Stamford, CT 06905
                                             Telephone: (203) 653-2250
                                             Facsimile:  (203) 653-3424
                                             slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on May 5, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Connecticut Electronic Document Filing System (ECF), which sent notice of such filing to the following:

**Jeffery A. Backman, Esq.**
**Richard W. Epstein, Esq.**
**Greenspoon Marder, P.A.**
**200 East Broward Boulevard, Suite 1500**
**Ft. Lauderdale, FL 33301**
**richard.epstein@gmlaw.com**
**jeffrey.backman@gmlaw.com**

and

**Richard A. Roberts, Esq.**
**Nuzzo & Roberts, LLC**
**One Town Center**
**Cheshire, CT 06410**
**rroberts@nuzzo-roberts.com**
*Attorneys for Defendant*

                                                    **By /s/ Sergei Lemberg**

                                                        **Sergei Lemberg**